# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **JONATHAN HAYDEN WILLIAMS,** **Defendant.** | CR 18-16-H-CCL **PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Jonathan Hayden Williams appeared before the Court on October 9, 2018, and entered a plea of guilty to Count I of the Indictment. He also admitted the forfeiture allegation. Williams' plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Williams' interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853 and 18 U.S.C. § 924(d).

- Any and all firearms and ammunition used in the knowing commission of said offense; and

1

- 2011 Dodge Ram, VIN: 1D7RV1CT0BS694092.

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 12th day of October, 2018.

CHARLES C. LOVELL
Senior United States District Court Judge